IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BARRY MORRIS,**
Plaintiff,

v.

**JOHN BALDWIN, et al.,**

Defendants.                                                  No. 17-0456-DRH

### ORDER

**HERNDON, District Judge:**

The Clerk is **DIRECTED** to forward the subpoena duces tecum directed to Dr. John Trost and copy of this order to the U.S. Marshals Service.

The U.S. Marshals Service is **DIRECTED** to serve the subpoena duces tecum on Dr. John Trost pursuant to 28 U.S.C. § 1915(d). Dr. John Trost may be served at the following address:

Menard Correctional Center
711 E. Kaskaskia St.
Menard, Il 62259

**IT IS SO ORDERED.**

Signed this 5th day of May, 2017.

*Digitally signed by Judge David R. Herndon*
*Date: 2017.05.05 14:01:03 -05'00'*

**United States District Judge**